NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: THE SWATCH GROUP MANAGEMENT SERVICES AG (THE SWATCH GROUP MANAGEMENT SERVICES SA) (THE SWATCH GROUP MANAGEMENT SERVICE LTD.),**

*Appellants*

---

2014-1669

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85485359.

---

**JUDGMENT**

---

JEFFREY A. LINDENBAUM, Collen IP, Ossining, NY, argued for appellants. Also represented by JESS M. COLLEN.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by CHRISTINA HIEBER, THOMAS L. CASAGRANDE, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 16, 2015  | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |